UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN TODD WILLIAMS,

                Movant,

-v-

UNITED STATES OF AMERICA,

                Respondent.

No. 14-cr-784 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a letter from John Todd Williams, dated June 15, 2020 and docketed June 23, 2020 (Doc. No. 287), requesting – as he did previously – that the Court grant his motion to vacate, set aside, or correct his sentence under 28 U.S.C § 2255 in light of the government's alleged default. According to Williams, the government failed to file its response to Williams's § 2255 motion by May 15, 2020. As this Court previously explained (*see* Doc. No. 286), the government did file its response on that date (Doc. No. 284). Accordingly, for the same reasons outlined in its June 9, 2020 order, the Court declines to rule on Williams's § 2255 motion at this time.

      The Clerk of the Court is respectively directed to terminate the motion pending at document number 287.

SO ORDERED.

Dated:     June 29, 2020
             New York, New York

                                                  _____
                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation