UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOHN TODD WILLIAMS,

               Supervisee.

No. 14-cr-784 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      On November 10, 2016, the Court sentenced Supervisee to five years' imprisonment, to be followed by three years' supervised release. (Doc. No. 215 at 2–3.) The Court also ordered that Supervisee pay restitution in the amount of $3,995,443.53 to the victims of the charged offense (Doc. No. 217 at 1), and that he forfeit $3,995,443.53 as proceeds of his criminal activity (Doc. No. 216 at 2). Supervisee has since completed his term of imprisonment and is now scheduled to conclude his term of supervised release on June 24, 2022. Nevertheless, while Supervisee has been largely compliant with the terms and conditions of his supervised release, he has thus far paid less than $500 toward his restitution, which currently carries an outstanding balance of $3,994,982.53.

      Accordingly, IT IS HEREBY ORDERED that by Thursday, March 31, 2022, the government shall file a letter advising the Court of the efforts, if any, it has undertaken to collect on the restitution and forfeiture orders, and how it plans to collect the unpaid balance from Supervisee and the coconspirators with whom he is jointly and severally liable. IT IS FURTHER ORDERED that, if Supervisee wishes to file a response to the government's submission, he shall do so by Thursday, April 7, 2022.

SO ORDERED.

Dated:     March 24, 2022
              New York, New York

                                                          RICHARD J. SULLIVAN
                                                           UNITED STATES CIRCUIT JUDGE
                                                           Sitting by Designation