UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN TODD WILLIAMS,

               Petitioner,

-v-

UNITED STATES OF AMERICA,

               Respondent.

No. 20-cv-1554 (RJS)

UNITED STATES OF AMERICA

-v-

JOHN TODD WILLIAMS,

               Defendant.

No. 14-cr-784 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    On August 8, 2024, the Court denied John Todd Williams's motions brought pursuant to Federal Rule of Civil Procedure 60(b) for relief from the Court's order denying his 28 U.S.C. § 2255 motion. (*See* Dkt. No. 14-cr-784, Doc. No. 302; Dkt. No. 20-cv-1554, Doc. No. 42.) On January 21, 2025, the Court denied, among other motions, Williams's "Motion to Clarify and Correct" that August 8, 2024 order. (*See* Dkt. No. 14-cr-784, Doc. No. 317; Dkt. No. 20-cv-1554, Doc. No. 47.) For the avoidance of doubt, the Court confirms that it will not issue a certificate of appealability with respect to either order because Williams has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see Love v. McCray*, 413 F.3d 192, 195 (2d Cir. 2005); *see also Torres v. United States*, 833 F.3d 164, 165 (2d Cir. 2016). The Clerk

of Court is respectfully directed to mail a copy of this Order to Williams at his previously provided (and most recent) address.

SO ORDERED.

Dated:  January 27, 2025
        New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation